# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SUE ELLEN CONLEE, | ) | |
| Plaintiff(s), | ) | 2:10-cv-1630-RLH-LRL |
| vs. | ) | **O R D E R** |
| ANNETTE BARTHOLOMEW, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#2, filed October 26, 2010), entered by the Honorable Lawrence R. Leavitt, regarding the absence of federal jurisdiction. No objection was filed to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#2) is ACCEPTED and ADOPTED, and the case/petition is dismissed.

Dated: December 2, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**